U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL - 8 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAFAEL ALBERTO LLOVERA LINARES | CIVIL ACTION NO.15-0162 |
| VERSUS | JUDGE DEE D. DRELL |
| SHERIFF'S OFFICE BROWARD COUNTY | MAGISTRATE JUDGE JAMES D. KIRK |

### **J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be dismissed without prejudice pursuant to FRCP 41(b).

Additionally, the Court notes the copy of the report and recommendation mailed May 19, 2015 to Mr. Linares's last known address was returned to the Clerk of Court on June 05, 2015, marked "return to sender." Thirty days have passed since June 5, 2015, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 8th day of July ,2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT